**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| DALE DWAYNE GREER, | Civil No. 08-4745 (JRT/RLE) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| STATE OF MINNESOTA, | |
| Respondent. | |

---

Dale Dwayne Greer, #113819, MN Correctional Facility, Stillwater, 970 Pickett Street North, Bayport, MN 55003, pro se petitioner.

Peter Marker, Assistant Attorney General, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 900, St. Paul, MN 55101.  Donna Johnson Wolfson, Assistant Hennepin County Attorney, **HENNEPIN COUNTY ATTORNEY'S OFFICE**, 300 South Sixth Street, Suite C-2200, Minneapolis, MN 55487,  for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson.

Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 21], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. That petitioner's motion to amend his petition for a writ of habeas corpus [Docket No. 19] is **GRANTED**.

2. That petitioner's amended petition for a writ of habeas corpus is **DISMISSED**, but without prejudice.

Dated: October 18, 2008                        __ s/John R. Tunheim_____
at Minneapolis, Minnesota                   JOHN R. TUNHEIM
                                                       United States District Judge